# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.,* TIG INSURANCE COMPANY, AS SUCCESSOR BY MERGER TO FAIRMONT PREMIER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BRAD CULPEPPER, and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. 8:16-CV-01555-CJC (JCGx)<br><br>*[Removal from the Superior Court of California, County of Orange Central Justice Center, Case No: 30-2015-00826380-CU-FR-CJC]*<br><br>**ORDER ON STIPULATION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT** |

## Order

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that this action is **REMANDED** back to state court, County of Orange Central Justice Superior Court, Case No. 30-2015-00826380-CU-FR-CJC, and all matters currently scheduled in this federal action are taken off calendar.

Dated: February 07, 2019

_____
Hon. Cormac J. Carney
United States District Judge